IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Case Number:  3:21-CR-27-006 (CAR) |
| TONY THOMASON, | * | |
| Defendant. | * | |

O R D E R

Pursuant to an Appearance Bond dated September 7, 2021, and filed October 1, 2021, Defendant was released on bond following the payment into the registry of the Court of the sum of $1,000.00.  The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $1,000.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to:

JOSHUA THOMASON

This 8th day of  August, 2023.

s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE